UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. RODRIGUEZ, | No. 2:21-cv-1958 DB P |
| Plaintiff, | |
| v. | ORDER |
| RYAN TAIAROL, et al., | |
| Defendants. | |

Plaintiff is a state inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Presently before the court is his request for an extension of time to file an application to proceed in forma pauperis. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 7) is granted; and

2. Plaintiff is granted thirty days from the date of service of this order in which to file an application to proceed in forma pauperis.

Dated: March 2, 2022

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
rodr1958.36ifp