UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. RODRIGUEZ,<br><br>              Plaintiff,<br><br>       v.<br><br>RYAN TAIAROL, et al.,<br><br>              Defendants. | No.  2:21-cv-1958 DB P<br><br><br><u>ORDER</u> |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff claims that he was improperly classified as a gang member in prison, and after his release the wrongful gang classification was used by police to obtain search and arrest warrants.  Presently before the court is plaintiff's motion for an extension of time to file an amended complaint.  (ECF No. 20.)  In support of his motion plaintiff states that he is presently in an outside hospital unit because of his health condition, he is not allowed to visit the law library, and the paging system is very slow.  Good cause appearing, the court will grant the motion for an extension of time.

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time to file an amended complaint (ECF No. 20) is granted.

2. Plaintiff shall file an amended complaint that complies with the court's September 30, 2022 order, the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice within thirty days of service of this order. The amended complaint must bear the docket number assigned to this case and must be labeled "First Amended Complaint."

3. Failure to file an amended complaint will result in a recommendation that this action be dismissed.

Dated: November 7, 2022

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/rodr1958.eot