UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RYAN TAIAROL, et al.,<br><br>　　　　　Defendants. | No. 2:21-cv-1958 DB P<br><br><br>ORDER |

Plaintiff has requested an extension of time to file an opposition to defendant's January 3, 2023, motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 25) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to defendant's motion to dismiss (ECF No. 24). Any reply shall be filed and served in accordance with Local Rule 230(l).

Dated: February 3, 2023

　　　　　　　　　　　　　　　　　　　　/s/DEBORAH BARNES
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/rodr1958.36opp