UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN REFUGIO RODRIGUEZ, | No. 2:21-cv-1958 SCR P |
| Plaintiff, | |
| v. | ORDER |
| RYAN TAIAROL, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983. On screening plaintiff's second amended complaint, this court found plaintiff stated due process claims for false testimony against defendants Paris, Taiarol, Mamaril, Moreno, and Abdullah. (ECF No. 37.) The court further found plaintiff stated no other claims cognizable under §1983. Plaintiff was given the option of proceeding on his claims found cognizable or filing a third amended complaint. Plaintiff has notified the court that he wants to file a third amended complaint. (ECF No. 38.)

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this order, plaintiff shall file a third amended complaint. Plaintiff is advised to carefully review this court's prior screening order when preparing his third amended complaint. Further,

////

////

1

plaintiff is warned that if he fails to comply with this order, this court may recommend this case be dismissed.

Dated: November 22, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE