UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN REFUGIO RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>RYAN TAIAROL, et al.,<br><br>Defendants. | No. 2:21-cv-01958 DAD SCR P<br><br><br><br>ORDER |

Plaintiff is incarcerated in state prison and proceeding pro se and in forma pauperis with this civil rights action under 42 U.S.C. § 1983. On September 11, 2025, the undersigned screened plaintiff's third amended complaint ("TAC") and determined it stated a cognizable Fourteenth Amendment falsification of evidence claim against defendants Taiarol, Mamaril, Abdallah, and Paris, but no other claims. (ECF No. 45.) Plaintiff was directed to complete and submit the attached documents so that the U.S. Marshall Service can effect service. (Id.) On the same day, plaintiff's motion to "fast track action," construed as a motion to screen the TAC, was docketed. (ECF No. 46.) Plaintiff's motion was dated September 7, 2025, and explains that he is facing health issues that warrant expedited screening of the TAC. (Id.)

Plaintiff's motion appears to have crossed the screening order in the mail. Accordingly, plaintiff's motion will be denied as moot. Plaintiff is again instructed to complete and submit the documents attached to the screening order so that the U.S. Marshall can effect service.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to fast track action (ECF No. 46), construed as a motion to screen his TAC, is DENIED as moot.

DATE: September 15, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE