UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN REFUGIO RODRIGUEZ,

Plaintiff,

v.

RYAN TAIAROL, et al.,

Defendants.

No.  2:21-cv-01958 DAD SCR P

ORDER

On January 2, 2026, defendants Pierce, Gutierrez, Taiarol, Abdallah, and Mamaril filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).  ECF No. 61.  Plaintiff has failed to file a timely response to the motion.  See Local Rule 230(*l*) (oppositions due not more than twenty-one days after the date of service of the motion).  On January 26, 2026, defendants filed a notice of non-opposition to their motion to dismiss.  ECF No. 66.

Plaintiff previously notified the court of his serious health issues and compassionate release from prison.  ECF Nos. 49, 56.  In light of these circumstances, the undersigned sua sponte grants plaintiff an additional twenty-one days to respond to defendants' motion to dismiss.  Plaintiff is advised that a failure to file an opposition may be deemed a waiver of any opposition to the granting of the motion.  Local Rule 230(*l*).

////

////

1

**CONCLUSION**

Accordingly, IT IS HEREBY ORDERED that:

1.    Plaintiff is granted an additional twenty-one (21) days from the date of service of this order to submit a response to defendants' motion to dismiss.

2.    Defendants may file an optional reply within fourteen (14) days after the filing of plaintiff's opposition.

DATED: February 2, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE