UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN REGUIO RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>RYAN TAIAROL, et al.,<br><br>Defendants. | No.  2:21-cv-01958-DAD-SCR (PC)<br><br>ORDER ADOPTING BOTH PENDING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, AND DISMISSING CERTAIN CLAIMS<br><br>(Doc. Nos. 43, 44, 45) |

Plaintiff Steven Reguio Rodriguez is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 26, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion seeking a court order requiring High Desert State Prison ("HDSP") personnel to return his active legal materials to him, construed as a motion for a preliminary injunction, be denied.  (Doc. No. 44.)  Specifically, the magistrate judge concluded that this court lacked jurisdiction to grant injunctive relief in this action directed at non-parties and that none of the individuals identified by plaintiff in that pending motion were named as defendants in this action.  (*Id.* at 3.)  In addition, on September 11, 2025, the magistrate judge

1

screened plaintiff's third amended complaint (TAC) and issued findings and recommendations recommending that all of the claims asserted therein other than those found to state cognizable claims be dismissed without prejudice but without further leave to amend for failure to state a claim and due to plaintiff's failure to comply with Rule 8 of the Federal Rules of Civil Procedure and that, accordingly, Gutierrez, Moreno, and the City of Stockton be terminated as defendants in this action.  (Doc. No. 45 at 3–9.)

Both pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (Doc. Nos. 44 at 4; 45 at 9.)  To date, no objections to either of the pending findings and recommendations have been filed, and the time in which to do so has long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. Both the findings and recommendations issued on August 26, 2025 (Doc. No. 44) and those issued on September 11, 2025 (Doc. No. 45) are adopted in full;

2. Plaintiff's motion for an order (Doc. No. 43), construed as one seeking the issuance of a preliminary injunction, is denied;

3. Plaintiff's claims asserted in his TAC, other than those found to be cognizable in the magistrate judge's screening order (Doc. No. 45), are dismissed without prejudice and without further leave to amend for failure to state a cognizable claim and due to plaintiff's failure to comply with Rule 8 of the Federal Rules of Civil Procedure;

/////

/////

/////

/////

/////

2

4.    The Clerk of the Court is, accordingly, directed to terminate named defendants Gutierrez, Moreno, and the City of Stockton as defendants from this action; and

5.    This case is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:    **February 11, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

3