UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN REFUGIO RODRIGUEZ,

Plaintiff,

v.

RYAN TAIAROL, et al.,

Defendants.

No. 2:21-cv-01958 DAD SCR P

ORDER

On June 3, 2026, defendant Paris filed a motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c). ECF No. 79. Plaintiff has failed to file a timely response to the motion. See Local Rule 230(*l*) (oppositions due not more than twenty-one days after the date of service of the motion).

On July 13, 2026, plaintiff filed a notice of change of address. ECF No. 81. In light of this circumstance, the undersigned sua sponte grants plaintiff an additional twenty-one days to respond to defendants' motion to dismiss. Plaintiff is advised that a failure to file an opposition may be deemed a waiver of any opposition to the granting of the motion. Local Rule 230(*l*).

**CONCLUSION**

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted an additional twenty-one (21) days from the date of service of this order to submit a response to defendants' motion to dismiss.

2. Defendants may file an optional reply within fourteen (14) days after the filing of plaintiff's opposition.

DATED: July 30, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE