UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN REFUGIO RODRIGUEZ,

Plaintiff,

v.

RYAN RAIAROL, et al.,

Defendants.

No. 2:21-cv-01958 DAD SCR

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANTS' MOTION TO DISMISS AND MOTION FOR JUDGMENT ON THE PLEADINGS, AND DISMISSING COMPLAINT WITH LEAVE TO AMEND IN PART

(Doc. Nos. 61, 79, 86)

Plaintiff, a federal detainee proceeding *pro se* and *in forma pauperis*, filed this civil rights action on October 21, 2021, seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On September 15, 2026, the assigned magistrate judge issued findings and recommendations recommending that the motion to dismiss plaintiff's third amended complaint (TAC) filed on behalf of defendants Taiarol, Mamaril, and Abdullah (Doc. No. 61) be granted, defendant Paris' motion for judgment on the pleadings (Doc. No. 79) be granted, and that plaintiff be granted thirty (30) days to file an amended complaint only with respect to his Fourteenth Amendment deliberate fabrication of evidence claim brought against defendants

/////

Taiarol, Mamaril, Abdullah, and Paris based upon their allegedly false grand jury testimony. (Doc. No. 86.)

Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 16.) No objections to the findings and recommendations have been filed and the time to do so has passed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the magistrate judge's analysis.

Accordingly:

1. The findings and recommendations issued September 15, 2026 (Doc. No. 86), are adopted in full;
2. The motion to dismiss filed on behalf of defendants Taiarol, Mamaril, and Abdullah (Doc. No. 61) is GRANTED;
3. The motion for judgment on the pleadings filed on behalf of defendant Paris (Doc. No. 79) is GRANTED;
4. Plaintiff is granted until November 20, 2026,[1] to file an amended complaint repleading only his Fourteenth Amendment deliberate fabrication of evidence claim brought against defendants Taiarol, Mamaril, Abdullah, and Paris based upon their allegedly false grand jury testimony, with that amended complaint being titled "Fourth Amended Complaint" and reflect the case number for this action, No. 2:21-cv-01958 DAD SCR P;
5. Plaintiff is advised that a failure to file a fourth amended complaint by November 20, 2026, will result the dismissal of this action for failure to prosecute and failure to comply with the court's order;

/////

---

[1] Although the magistrate judge originally recommended that plaintiff's fourth amended complaint be filed within 30 days, presumably from the issuance of this order, plaintiff moved for an extension of time to file a fourth amended complaint and the magistrate judge granted that motion, setting the November 20, 2026 deadline for the filing of the fourth amended complaint. (Doc. Nos. 86 at 16, 87, 88.)

6. In the event plaintiff timely files a fourth amended complaint, defendants' filing of a responsive pleading is stayed pending statutory screening pursuant to 28 U.S.C. § 1915A; and

7. This case is referred back to the assigned magistrate judge for further proceedings.[2]

IT IS SO ORDERED.

Dated: **November 10, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

[2] The court also notes that the October 20, 2026 order granting plaintiff an extension of time to file his fourth amended complaint was served on plaintiff, but on November 3, 2026, was returned to the court by the U.S. Postal Service as "undeliverable, vacant – unable to forward."